STATE OF ARKANSAS ss
County of Ouachita
FILED ON THIS 21st DAY OF feb. 2024
at 8:25 o'clock a M.
Gladys F. Nettles Circuit Clerk
By: _____ D.C.

## IN THE CIRCUIT COURT OF OUACHITA COUTY, ARKANSAS
## CIVIL DIVISION

JANICE BROWN                                                    PLAINTIFF

VS.                          CASE NO.: 52CV-24-44

UNITED HEALTHCARE CORPORATION                                   DEFENDANT

### COMPLAINT

COMES NOW the Plaintiff, Janice Brown, by and through her attorney, The Firm, PLLC, and for the cause of action against United Healthcare Corporation, respectfully states:

### PARTIES

1. Plaintiff, Janice Brown ("Brown"), is an individual who live in Ouachita County, Arkansas. She is the mother of the late Derek Brown.

2. Defendant, United Healthcare Corporation ("United"), is a foreign corporate entity headquartered in Minnetonka, MN.

### JURISDICTION AND VENUE

3. The Plaintiff, Janice Brown, lives in Ouachita County, AR.

4. The contract in dispute in the instant matter was entered into Ouachita County, AR.

5. This court has proper jurisdiction and venue.

6. United subjects itself to the jurisdiction of the Court, first by conducting commercial business within the State of Arkansas, and secondly by registering to do business with the Arkansas Secretary of State.

### FACTS

7. At some point unknown to the Plaintiff, Derek Brown ("Derek") obtained a life insurance policy with United, through his employer, Rent-A-Center.

8. The policy was a part of Derek's employment benefits.

9. Based upon the Plaintiff's information and belief, the premiums on the policy were timely paid by Derek's employer, Rent-A-Center.

10. Derek was still an employee of Rent-A-Center at the time of his death.

11. Derek died on or about October 13, 2021.

12. The Plaintiff was the beneficiary on the life insurance policy at issue in this action.

13. After Derek's death, the Plaintiff filed a claim with United.

14. United denied the claim and the Plaintiff timely filed an appeal of that decision pursuant to the insurance policy that is attached as Exhibit A.

15. The appeal was denied by United.

16. The Plaintiff is entitled to receive the death benefit as the beneficiary of the policy and United has improperly denied her that benefit.

## CAUSE OF ACTION 1: BREACH OF CONTRACT

17. Plaintiff incorporates by reference each of the allegations set forth above.

18. Rent-A-Center entered into a contract in which it agreed to pay monthly premiums in exchange for life insurance coverage for Derek.

19. Rent-A-Center paid the premium on the life insurance policy.

20. In return, the Defendant pledged to provide coverage for the loss of Derek's life.

21. That United and Rent-A-Center had a meeting of the minds, and Rent-A-Center and Defendant made mutual promises to one another. Valuable consideration was exchanged on each side.

22. Honoring their end of the contract by paying out the policy upon Derek's death is a natural obligation under an insurance contract. Defendant has failed to meet its obligations.

23. Plaintiff was the third-party beneficiary of the insurance contract and therefore is the proper person to bring this action, and should be paid the full value of the policy.

24. Defendant has breached its contract to provide life insurance, and Plaintiff has been damaged by the Defendant's failure to pay.

25. The breach of contract occurred within the statute of limitations for such a Complaint.

## DAMAGES

26. Plaintiff seeks an order from the Court for the Defendant to pay the full amount of the policy.

27. Plaintiff also seeks attorney's fees.

28. The Plaintiff has been damaged due to Defendant's breach of contract in an amount to be determined by a jury.

**WHEREFORE**, Plaintiff, Janice Brown prays for the Court to order the Defendant, to pay her pursuant to the insurance policy, for all damages suffered, for costs, attorney's fees, and for all other relief allowed by law.

Respectfully submitted,

JANICE BROWN

By: _____
/s/ S.L. Smith, ABN 2013146
Attorney for Plaintiff
The Firm, PLLC
4137 John F. Kennedy Blvd., Ste. D
North Little Rock, AR, 72116
501.429.4885
501.429.4886 (facsimile)
ssmith@thefirmpllc.net
atedrow@thefirmpllc.net (please copy)